# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LINDSAY WARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:19-CV-00337-ADA-DTG |
| | § | |
| TEXAS FARM BUREAU, TEXAS FARM BUREAU BUSINESS CORPORATION, TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY, TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, TEXAS FARM BUREAU UNDERWRITERS, FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY, SLOAN BROWN, JUSTIN INGRAM, and JON SHARP, | § | |
| Defendants. | § | |

## ORDER GRANTING TEXAS FARM BUREAU DEFENDANTS' MOTION FOR PROTECTIVE ORDER ON 30(b)(6) TOPICS

The Court considered the Motion for Protective Order on 30(b)(6) Topics (the "Motion") filed by Defendants Texas Farm Bureau, Texas Farm Bureau Business Corporation, Texas Farm Bureau Casualty Insurance Company, Texas Farm Bureau Mutual Insurance Company, Texas Farm Bureau Underwriters, and Farm Bureau County Mutual Insurance Company of Texas (collectively, the "Texas Farm Bureau Defendants"). Dkt. 87.

IT IS ORDERED that the Texas Farm Bureau Defendants' Motion for Protective Order on 30(b)(6) Topics is GRANTED.

IT IS FURTHER ORDERED that the Texas Farm Bureau Defendants' Objections to Topics 8, 9 and 12 as identified in the Motion are SUSTAINED. The Texas Farm Bureau Defendants have no obligation to present a corporate-representative witness on those topics or on the narrowed versions of those topics presented in Plaintiff's Response to the Motion.

SIGNED this 30th day of September, 2022.

_____
HONORABLE DEREK T. GILLILAND
United States Magistrate Court Judge