IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LINDSAY WARD,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS FARM BUREAU, TEXAS FARM BUREAU BUSINESS CORPORATION, TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY, TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, TEXAS FARM BUREAU UNDERWRITERS, FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY, SLOAN BROWN, JUSTIN INGRAM, and JON SHARP,<br><br>    Defendants. | CASE NO. 6:19-cv-00337-DTG |

**JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff Lindsay Ward ("Plaintiff") and all Defendants, by and through their respective undersigned counsel, hereby file this Joint Stipulation to Extend Scheduling Order Deadlines.

1. The parties have jointly consented to having United States Magistrate Judge Derek T. Gilliland conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings. Dkt. 97. On October 20, 2023, the Court granted the parties' Thirteenth Joint Motion to Extend Scheduling Order Deadlines. *See* Dkt. 177.

2. The parties have agreed and request a seven (7) day extension of certain pre-trial deadlines, as set forth below:

1

| Description | Deadline |
|---|---|
| The parties shall exchange Exhibit Lists with share file links to proposed exhibits stickered according to the Court's rules | 03/08/2024 |
| The parties shall exchange deposition testimony designations | 03/08/2024 |
| The parties shall exchange Witness Lists | 03/08/2024 |
| The parties shall exchange a proposed Jury Charge and questions for the jury, along with draft Motions in Limine to determine which may be agreed | 03/15/2024 |

3. The parties respectfully request this Court approve this Joint Stipulation to Extend Scheduling Order Deadlines.  All other deadlines will remain unchanged.

Dated:  February 27, 2024

Stipulated and Agreed:

**WEISBART SPRINGER HAYES LLP**
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

By:   /s/ Julie A. Springer
    Julie A. Springer
    Texas Bar No. 18966770
    jspringer@wshllp.com
    Sara E. Janes
    Texas Bar No. 24056551
    sjanes@wshllp.com
    Matt C. Wood
    Texas Bar No. 24066306
    mwood@wshllp.com

**ATTORNEYS FOR TEXAS FARM BUREAU DEFENDANTS AND SLOAN BROWN, JUSTIN INGRAM, AND JON SHARP**

**WILLIAMS HART BOUNDAS EASTERBY LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713.230.2200
713.643.6226 fax

By:   /s/ Avi Moshenberg
    John Eddie Williams
    jwilliams@whlaw.com
    Brian A. Abramson
    babramson@whlaw.com
    Sean M. McCarthy
    smccarthy@whlaw.com

Avi Moshenberg
Nick Lawson
William B. Thomas
**MCDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, Texas 77002
713.337.5580
713.337.8850 fax
avi.moshenberg@mhllp.com
nick.lawson@mhllp.com
william.thomas@mhllp.com

| | |
|---|---|
| **CARLTON FIELDS, P.A.**<br>1025 Thomas Jefferson Street, NW<br>Suite 400 West<br>Washington, D.C.  20007-5208<br>202.965.8100<br>202.965.8104 fax | Kelly E. Cook<br>Warren A. Berlanga<br>**WYLY & COOK PLLC**<br>4101 Washington Avenue, 2nd Floor<br>Houston, Texas 77007<br>713.236.8330<br>713.863.8502 fax<br>kcook@wylycooklaw.com<br>wberlanga@wylycooklaw.com |

By:    /s/ Markham R. Leventhal
       Markham R. Leventhal
       mleventhal@carltonfields.com
       Scott Abeles
       sabeles@carltonfields.com

       **ATTORNEYS FOR PLAINTIFFS**

Aaron S. Weiss
Irma Reboso Solares
Stephanie A. Fichera
**CARLTON FIELDS, P.A.**
2 MiamiCentral
700 N.W. 1st Avenue, Suite 1200
Miami, Florida 33136
305.530.0050
305.530.0055 fax
aweiss@carltonfields.com
isolares@carltonfields.com
sfichera@carltonfields.com

Cathleen Bell Bremmer
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607-5780
813.229.4326
813.229.4133 fax
cbell@carltonfields.com

**ATTORNEYS FOR SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY**


      APPROVED this 27th day of February 2024:

                                     /s/ Derek T. Gilliland
                                HONORABLE DEREK T. GILLILAND
                                U.S. MAGISTRATE COURT JUDGE