**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **LINDSAY WARD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TEXAS FARM BUREAU, TEXAS FARM** | § | |
| **BUREAU BUSINESS CORPORATION,** | § | |
| **TEXAS FARM BUREAU CASUALTY** | § | |
| **INSURANCE COMPANY, TEXAS** | § | |
| **FARM BUREAU MUTUAL** | § | **CASE NO. 6:19-cv-00337-DTG** |
| **INSURANCE COMPANY, TEXAS FARM** | § | |
| **BUREAU UNDERWRITERS, FARM** | § | |
| **BUREAU COUNTY MUTUAL** | § | |
| **INSURANCE COMPANY OF TEXAS,** | § | |
| **SOUTHERN FARM BUREAU LIFE** | § | |
| **INSURANCE COMPANY, SLOAN** | § | |
| **BROWN, JUSTIN INGRAM, AND** | § | |
| **JON SHARP,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ON PLAINTIFF'S MOTIONS IN LIMINE**

| REQUEST NO. | LIMINE REQUEST | GRANTED | DENIED | AGREED |
|---|---|---|---|---|
| | **PLAINTIFF'S MOTIONS IN LIMINE** | | | |
| 1 | Any argument, reference, or evidence that Ward believed, intended, or agreed to be an independent contractor. | | X | |
| 2 | Any argument, reference, or evidence that Ward was classified as an independent contractor under standards other than the FLSA standard, such as IRS standards on federal tax forms. | | X | |
| 3 | Any argument, reference, or evidence that Ward had a legal duty ~~failed~~ to keep records of her hours worked but are free to inquire as to the facts. | X as modified | | |

| REQUEST No. | LIMINE REQUEST | GRANTED | DENIED | AGREED |
|---|---|---|---|---|
| 4 | Any argument, reference, or evidence that any workday was interrupted by non-work-related activity. | | X | |
| 5 | Any argument, reference, or evidence of any social media posts by Mr. Morris. | | X | |
| 6 | Any argument, reference, or evidence of regarding Ms. Ward's divorce [sic] with Mr. Morris; that Ms. Ward sought a restraining Order against Morris; or any of the facts and circumstances surrounding their divorce or the restraining order. | | X | |
| 7 | Any argument, reference, or evidence of notes taken by John Sharp during interactions with Lindsay Ward or phone calls with others. | | X | |
| 8 | Any argument, reference, or evidence that Farm Bureau did not take adverse employment action against other Agency Managers who did not sign the form affidavit disseminated by Farm Bureau on June 21, 2017. | | X | |
| 9 | Any reference or argument that Lindsey Ward did not work more than forty hours in a workweek based on information or evidence other than what was disclosed in Farm Bureau's Rule 30(b)(6) testimony. | | X | |
| 10 | Any reference or argument regarding counsel's experience litigating or handling FLSA cases or any other cases. | | | X |

SIGNED this 22nd day of April, 2024.

_____

HONORABLE DEREK GILLILAND
United States Magistrate Judge