# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **LINDSAY WARD,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **TEXAS FARM BUREAU, TEXAS FARM** § | |
| **BUREAU BUSINESS CORPORATION,** § | |
| **TEXAS FARM BUREAU CASUALTY** § | |
| **INSURANCE COMPANY, TEXAS** § | |
| **FARM BUREAU MUTUAL** § | **CASE NO. 6:19-cv-00337-DTG** |
| **INSURANCE COMPANY, TEXAS FARM** § | |
| **BUREAU UNDERWRITERS, FARM** § | |
| **BUREAU COUNTY MUTUAL** § | |
| **INSURANCE COMPANY OF TEXAS,** § | |
| **SOUTHERN FARM BUREAU LIFE** § | |
| **INSURANCE COMPANY, SLOAN** § | |
| **BROWN, JUSTIN INGRAM, AND** § | |
| **JON SHARP,** § | |
| § | |
| **Defendants.** § | |

## ORDER ON PLAINTIFF'S ORAL MOTION TO DISMISS

Before the Court is Plaintiff's Oral Motion to Dismiss Defendants Sloan Brown, Justin Ingram, and Jon Sharp, which was made on the record at the conclusion of the April 19, 2024 Pre-Trial Conference. In response to Plaintiff's Oral Motion, Defendants agreed to the dismissal. As both parties agree, the Court finds that Plaintiff's claims against Defendants Sloan Brown, Justin Ingram, and Jon Sharp should be dismissed with prejudice. Federal Rule of Civil Procedure 41(a)(2) allows an action to be dismissed by Court order on terms the Court considers proper. The Court finds Plaintiff's request to dismiss all claims against Defendants Sloan Brown,

Justin Ingram, and Jon Sharp, **WITH PREJUDICE**, to be proper, agreed to by Defendants, and is hereby **GRANTED**.

The Court **ORDERS** that the Clerk of Court to **DISMISS** Defendants Sloan Brown, Justin Ingram, and Jon Sharp from this case. Each party shall bear and pay their respective attorney fees and costs.

It is so **ORDERED**.

SIGNED this 22nd day of April, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE