IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LINDSAY WARD, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| TEXAS FARM BUREAU, TEXAS FARM § | |
| BUREAU BUSINESS CORPORATION, § | |
| TEXAS FARM BUREAU CASUALTY § | |
| INSURANCE COMPANY, TEXAS § | |
| FARM BUREAU MUTUAL § | CASE NO. 6:19-cv-00337-DTG |
| INSURANCE COMPANY, TEXAS FARM § | |
| BUREAU UNDERWRITERS, FARM § | |
| BUREAU COUNTY MUTUAL § | |
| INSURANCE COMPANY OF TEXAS, § | |
| SOUTHERN FARM BUREAU LIFE § | |
| INSURANCE COMPANY, SLOAN § | |
| BROWN, JUSTIN INGRAM, AND § | |
| JON SHARP, § | |
| § | |
| Defendants. § | |

## ORDER ON PLAINTIFF'S ORAL MOTION TO DISMISS
## TEXAS FARM BUREAU AND TEXAS FARM BUREAU BUSINESS CORPORATION

Before the Court is Plaintiff's Oral Motion to Dismiss Defendants Texas Farm Bureau and Texas Farm Bureau Business Corporation, which was made on the record before the May 2, 2024, jury selection. In response to Plaintiff's Oral Motion, Defendants agreed to the dismissal. As both parties agree, the Court finds that Plaintiff's claims against Defendants Texas Farm Bureau and Texas Farm Bureau Business Corporation only should be dismissed with prejudice. Federal Rule of Civil Procedure 41(a)(2) allows an action to be dismissed by Court order on terms the Court considers proper. The Court finds Plaintiff's request to dismiss all claims against

Defendants Texas Farm Bureau and Texas Farm Bureau Business Corporation, **WITH PREJUDICE**, to be proper, agreed to by Defendants, and is hereby **GRANTED**. This Order has no effect on the claims against the remaining Defendants.

The Court **ORDERS** that the Clerk of Court to **DISMISS** Defendants Texas Farm Bureau and Texas Farm Bureau Business Corporation only from this case. Each party shall bear and pay their respective attorney fees and costs.

It is so **ORDERED**.

SIGNED this 15th day of May, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE