IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LINDSAY WARD, § § Plaintiff, § § v. § § TEXAS FARM BUREAU, TEXAS FARM § BUREAU BUSINESS CORPORATION, § TEXAS FARM BUREAU CASUALTY § INSURANCE COMPANY, TEXAS § FARM BUREAU MUTUAL § INSURANCE COMPANY, TEXAS FARM § BUREAU UNDERWRITERS, FARM § BUREAU COUNTY MUTUAL § INSURANCE COMPANY OF TEXAS, § SOUTHERN FARM BUREAU LIFE § INSURANCE COMPANY, SLOAN § BROWN, JUSTIN INGRAM, AND § JON SHARP, § § Defendants. § | CASE NO. 6:19-cv-00337-DTG |

## ORDER ON PLAINTIFF'S ORAL MOTION TO DISMISS *SABINE PILOT* CLAIMS

Before the Court is Plaintiff's Oral Motion to Dismiss Count IV of Plaintiff's Amended Complaint (ECF No. 8) Wrongful Termination for Refusal to Commit Illegal Act (Plaintiff's "*Sabine Pilot* claims"), which was made on the record on May 14, 2024, Rule 50 motions hearing. In response to Plaintiff's Oral Motion, Defendants stipulated to the dismissal. As both parties agree, the Court finds that Plaintiff's *Sabine Pilot* claims against Defendants Texas Farm should be dismissed with prejudice.

It is so **ORDERED**.

SIGNED this 15th day of May, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE