IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**

May 15, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

LINDSAY WARD,

§
§
§

BY: _____ MC

     Plaintiff,

§
§

DEPUTY

v.

§
§
§

CASE NO. 6:19-CV-00337 DTG

TEXAS FARM BUREAU, TEXAS FARM
BUREAU BUSINESS CORPORATION,
TEXAS FARM BUREAU CASUALTY
INSURANCE COMPANY, TEXAS FARM
BUREAU MUTUAL INSURANCE
COMPANY, TEXAS FARM BUREAU
UNDERWRITERS, FARM BUREAU
COUNTY MUTUAL INSURANCE
COMPANY OF TEXAS, SOUTHERN
FARM BUREAU LIFE INSURANCE
COMPANY, SLOAN BROWN, JUSTIN
INGRAM, and JON SHARP,

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

     Defendants.

§
§

---

## VERDICT FORM

---

5/15/2024

12:58 pm

*[signature]* Derek T. Gilliland

1

**Question \_\_\_ [Overtime]**

Has Plaintiff proved that she worked more than 40 hours in any workweek in the period between May 30, 2016 and July 31, 2017?

Answer "Yes" or "No":

_____*NO*_____

If your answer is "Yes," answer the next question.  If your answer is "No," skip to Question [FLSA Retaliation Causation].

**Question \_\_\_ [Number of Hours Worked]**

What reasonable estimate of hours, if any, has Plaintiff proved she worked in the period between May 30, 2016 and July 31, 2017?  Answer this question separately for each workweek in the table below.

| Workweek Start | Workweek End | Total Hours Worked |
|---|---|---|
| May 30, 2016 | June 4, 2016 | |
| June 5, 2016 | June 11, 2016 | |
| June 12, 2016 | June 18, 2016 | |
| June 19, 2016 | June 25, 2016 | |
| June 26, 2016 | July 2, 2016 | |
| July 3, 2016 | July 9, 2016 | |
| July 10, 2016 | July 16, 2016 | |
| July 17, 2016 | July 23, 2016 | |
| July 24, 2016 | July 30, 2016 | |
| July 31, 2016 | August 6, 2016 | |
| August 7, 2016 | August 13, 2016 | |
| August 14, 2016 | August 20, 2016 | |
| August 21, 2016 | August 27, 2016 | |
| August 28, 2016 | September 3, 2016 | |
| September 4, 2016 | September 10, 2016 | |
| September 11, 2016 | September 17, 2016 | |
| September 18, 2016 | September 24, 2016 | |
| September 25, 2016 | October 1, 2016 | |
| October 2, 2016 | October 8, 2016 | |
| October 9, 2016 | October 15, 2016 | |
| October 16, 2016 | October 22, 2016 | |
| October 23, 2016 | October 29, 2016 | |
| October 30, 2016 | November 5, 2016 | |
| November 6, 2016 | November 12, 2016 | |
| November 13, 2016 | November 19, 2016 | |
| November 20, 2016 | November 26, 2016 | |
| November 27, 2016 | December 3, 2016 | |
| December 4, 2016 | December 10, 2016 | |

| Workweek Start | Workweek End | Total Hours Worked |
|---|---|---|
| December 11, 2016 | December 17, 2016 | |
| December 18, 2016 | December 24, 2016 | |
| December 25, 2016 | December 31, 2016 | |
| January 1, 2017 | January 7, 2017 | |
| January 8, 2017 | January 14, 2017 | |
| January 15, 2017 | January 21, 2017 | |
| January 22, 2017 | January 28, 2017 | |
| January 29, 2017 | February 4, 2017 | |
| February 5, 2017 | February 11, 2017 | |
| February 12, 2017 | February 18, 2017 | |
| February 19, 2017 | February 25, 2017 | |
| February 26, 2017 | March 4, 2017 | |
| March 5, 2017 | March 11, 2017 | |
| March 12, 2017 | March 18, 2017 | |
| March 19, 2017 | March 25, 2017 | |
| March 26, 2017 | April 1, 2017 | |
| April 2, 2017 | April 8, 2017 | |
| April 9, 2017 | April 15, 2017 | |
| April 16, 2017 | April 22, 2017 | |
| April 23, 2017 | April 29, 2017 | |
| April 30, 2017 | May 6, 2017 | |
| May 7, 2017 | May 13, 2017 | |
| May 14, 2017 | May 20, 2017 | |
| May 21, 2017 | May 27, 2017 | |
| May 28, 2017 | June 3, 2017 | |
| June 4, 2017 | June 10, 2017 | |
| June 11, 2017 | June 17, 2017 | |
| June 18, 2017 | June 24, 2017 | |
| June 25, 2017 | July 1, 2017 | |
| July 2, 2017 | July 8, 2017 | |
| July 9, 2017 | July 15, 2017 | |
| July 16, 2017 | July 22, 2017 | |
| July 23, 2017 | July 29, 2017 | |
| July 30, 2017 | July 31, 2017 | |

If you answered more than 40 for any workweek, then answer the next question.  If you did not answer more than 40 for any workweek, proceed to Question [FLSA Retaliation Causation].

**Question ___ [Notice of Overtime]**

Has Plaintiff proved that Defendants had knowledge, either actual or constructive, that she was working more than 40 hours in any workweek during the period between May 30, 2016 and July 31, 2017?

Answer "Yes" or "No"

_____

**Question ___ [Willfulness]**

Has Plaintiff proved that Defendants knew their conduct in regard to classifying her as an independent contractor was prohibited by the FLSA or showed reckless disregard for whether the FLSA prohibited such conduct?

Answer "Yes" or "No"

_____

Proceed to the next question.

**Question ___ [FLSA Retaliation Causation]**

Has Plaintiff proved she would not have been terminated but for her protected activity?

Answer "Yes" or "No."

___NO_____

If your answer is "Yes," answer the next question. Otherwise, do not answer any more questions, and the foreperson should complete the certificate below.

**Question ___ [FLSA Retaliation Damages]**

What sum of money, if paid now in cash, has Plaintiff proved would fairly and reasonably compensate her for the damages, if any, you have found Defendants caused Plaintiff as a result of her termination? In answering this question, please do not include any damages or compensation you think Plaintiff may be owed in connection with her claims for unpaid overtime wages.

Answer in dollars and cents for the following items and none other:

1. Back pay, minus the amount of earnings that Plaintiff received from other employment during the time from August 11, 2017 to the date of your verdict.

$_____

2. Mental anguish in the past.

4

$_____

If you answered $0 for both blanks, do not answer any more questions, and the foreperson should complete the certificate below. If you answered more than $0 for either blank, answer the corresponding part(s) of the next question.

## Question ____ [FLSA Mitigation]

Have Defendants proved that Plaintiff failed to reduce her damages arising from her termination through the exercise of reasonable diligence:

1. In seeking, obtaining, and maintaining substantially equivalent employment after August 11, 2017?

   Answer "Yes" or "No."

   _____

2. In taking advantage of opportunities to lessen her mental-anguish damages?

   Answer "Yes" or "No."

   _____

If you answered "No" for both blanks, proceed to Question [FLSA Punitive Damages - Predicate]. If you answered "Yes" for either blank, answer the corresponding part(s) of the next question.

## Question ____ [FLSA Mitigation – Amount]

1. How much have Defendants proved Plaintiff would have earned, if any, had she exercised reasonable diligence under the circumstances to minimize her damages?

   Answer in dollars and cents:

   $_____

2. How much have Defendants proved Plaintiff would have reduced her mental-anguish damages, if any, had she exercised reasonable diligence under the circumstances to minimize her damages?

   Answer in dollars and cents:

   $_____

Proceed to the next question.

**Question \_\_\_ [FLSA Punitive Damages - Predicate]**

Do you find that Plaintiff should be awarded punitive damages?

Answer "Yes" or "No."

_____

If your answer is "Yes," answer the next question. If your answer is "No," do not answer any more questions, and the foreperson should complete the Certificate below.

**Question \_\_\_ [FLSA Punitive Damages – Amount]**

What sum of money should be assessed against Defendants as punitive damages for FLSA retaliation?

Answer in dollars and cents:

$_____

You are done answering questions. The foreperson should complete the Certificate below.

7

## CERTIFICATE

We, the jury, have answered the above and foregoing questions unanimously, and herewith return the same into court as our verdict.

5-15-2024
_____
Date

███████████████████████
Jury Foreperson

SIGNED at Waco, Texas, this the __15__ day of May, 2024.

7