# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LINDSAY WARD, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| TEXAS FARM BUREAU, TEXAS FARM § | |
| BUREAU BUSINESS CORPORATION, § | |
| TEXAS FARM BUREAU CASUALTY § | |
| INSURANCE COMPANY, TEXAS § | |
| FARM BUREAU MUTUAL § | CASE NO. 6:19-cv-00337-DTG |
| INSURANCE COMPANY, TEXAS FARM § | |
| BUREAU UNDERWRITERS, FARM § | |
| BUREAU COUNTY MUTUAL § | |
| INSURANCE COMPANY OF TEXAS, § | |
| SOUTHERN FARM BUREAU LIFE § | |
| INSURANCE COMPANY, SLOAN § | |
| BROWN, JUSTIN INGRAM, AND § | |
| JON SHARP, § | |
| § | |
| Defendants. § | |

## ORDER DENYING THE PARTIES' RULE 50 MOTIONS (ECF NOS. 273 AND 267)

Before the Court is Plaintiff's Motion for Judgment as a Matter of Law (ECF No. 267) and Defendants' Motion for Judgment as a Matter of Law (ECF No. 273). The parties argued the Motions during trial at the conclusion of the evidence on May 15, 2024, and the Court **DENIED** portions of Defendants' Motion and took the remainder under advisement. Prior to the formal charge conference, the Court informed the parties that both parties were **DENIED** in their entirety. This Order memorializes that ruling.

Having reviewed the record, briefing, and arguments of counsel, the Court **DENIES** Defendants' Motion (ECF No. 273) and **DENIES** Plaintiffs' Motion (ECF No. 267) in their entirety.

It is so **ORDERED**.

SIGNED this 16th day of May, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE