## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **LINDSAY WARD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TEXAS FARM BUREAU CASUALTY** | § | |
| **INSURANCE COMPANY, TEXAS** | § | |
| **FARM BUREAU MUTUAL** | § | **CASE NO. 6:19-cv-00337-DTG** |
| **INSURANCE COMPANY, TEXAS FARM** | § | |
| **BUREAU UNDERWRITERS, FARM** | § | |
| **BUREAU COUNTY MUTUAL** | § | |
| **INSURANCE COMPANY OF TEXAS,** | § | |
| **and SOUTHERN FARM BUREAU LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendants.** | § | |

---

## FINAL JUDGMENT

---

This action was tried before a jury from May 6-8, 2024 and May 13-15, 2024, on (i) Plaintiff's claim for overtime compensation under the Fair Labor Standards Act, and (ii) Plaintiff's claim for retaliation under the Fair Labor Standards Act.  On May 15, 2024, the jury returned a verdict in favor of Defendants on all claims asserted by Plaintiff.  ECF No. 283.

IT IS THEREFORE **ORDERED AND ADJUDGED** that Plaintiff take nothing by this suit, that this action be dismissed on its merits, and that Defendants recover their costs from Plaintiff.

IT IS FURTHER **ORDERED** that this take nothing judgment in favor of Defendants is effective as to all claims filed in this action by Plaintiff.

---

IT IS FURTHER **ORDERED** that Defendants are directed to file bills of costs, in accordance with Local Rule CV-54, within fourteen days of entry of this Final Judgment.

IT IS FURTHER **ORDERED** that this is a final judgment that disposes of all claims and parties and execution shall issue for this judgment as permitted by law.

**JUDGMENT IS HEREBY GRANTED** in favor of Defendants and against Plaintiff. Defendants are fully and finally released, acquitted, and discharged from any and all liability to Plaintiff for any and all causes of action that have been pled or could have been pled in this case.

SIGNED this 31st day of May, 2024.

HONORABLE DEREK T. GILLILAND
United States Magistrate Judge